**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HOLGER FIALLO,<br><br>              Plaintiff,<br><br>  v.<br><br>WESTERN RANCH SUPPLY CO.,<br><br>              Defendant. | Civil Action No. 1:25-cv-0027 |

## NOTICE OF SETTLEMENT

Plaintiff Holger Fiallo hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Western Ranch Supply Co. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: March 25, 2025                            Respectfully Submitted,

                                                                */s/ Benjamin J. Sweet*
                                                               Benjamin J. Sweet
                                                               ben@nshmlaw.com
                                                               **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                                               101 Pennsylvania Boulevard, Suite 2
                                                               Pittsburgh, Pennsylvania 15228
                                                               Phone: (412) 857-5350

                                                               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 24th day of March, 2025.

                                                   */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet